

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-59,535-07

### IN RE REGINALD TYRONE HOLLINS, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 9411011-C IN THE 351ST DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam.*

### O R D E R

Relator filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction. He alleges that he filed pleadings in the district court that were not forwarded to this Court. Relator identifies: his Memorandum and a supporting Appendix that he filed with his Article 11.07 application on Feb. 24, 2022; his Reply to the State's Answer, and his Amended Proposed Findings and Conclusions, both filed on April 11, 2022; and his "Admission of Error and Motion for Court to Take Judicial Notice of Previous Proceedings to Correct and Make Record of Error," filed on April 14, 2022. Relator also contends that he has not received notice and copies of the State's pleadings and the trial court's orders. *See* Art. 11.07 § 7; TEX. R. APP. PROC. 73.4(b)(2).

The district clerk has a ministerial duty to include in the record transmitted to this Court "among any other pertinent papers or supplements," a copy of the application, any answers filed, any proposed findings of fact and conclusions of law, the district court's findings of fact and conclusions of law, and any objections to the court's findings of fact and conclusions of law filed by either party. *See* Art. 11.07, § 3(c); TEX. R. APP. PROC. 73.4(b)(4). The clerk also has a ministerial duty send copies to all parties in the case when certain materials are filed or made part of the record, and to "immediately notify all parties in the case" when the clerk transmits the record to this Court. TEX. R. APP. PROC. 73.4(b)(2).

Respondent, the District Clerk of Harris County, shall forward to this Court Relator's pleadings identified above or shall respond that Relator has not filed them or made them part of the record. *See* TEX. CODE CRIM. PROC. art. 11.07, § 3(c) and (d); TEX. R. APP. P. 73.4(b)(5). The clerk shall notify the parties when the clerk transmits the record to this Court. TEX. R. APP. P. 73.4(b)(2). This motion for leave to file will be held. Respondent shall comply with this order within thirty days from the date of this order.

Filed: AUGUST 24, 2022
Do not publish